UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| JERRY PIERCE and JANET PIERCE, § <br> *Plaintiffs* § <br> § <br> v. § <br> § Case No. 1:23-CV-01431-DII <br> MACKIE WOLF ZIENTZ & MANN, § <br> P.C., REAL TIME RESOLUTIONS, § <br> INC., and RESOLUTION CAPITAL, § <br> L.P., § <br> *Defendants* § | |

**O R D E R**

Plaintiffs filed this case on November 20, 2023. Dkt. 1. Defendants Real Time Resolutions, Inc., Resolution Capital, L.P., and Mackie Wolf Zientz & Mann, P.C. made an appearance in the case on March 1, 2024. Dkt. 10. Contrary to this Court's local rules, the parties have not yet submitted a proposed scheduling order. *See* W.D. Tex. Loc. R. CV-16(c) (requiring parties submit a proposed scheduling order to the court "[n]ot later than 60 days after any appearance of any defendant").

Accordingly, **IT IS ORDERED** that the parties consult the website for the United States District Court for the Western District of Texas (www.txwd.uscourts.gov), the "Judges' Info" tab, "Standing Orders," "Austin Division," and submit a joint proposed scheduling order using District Judge Robert Pitman's form on or before **May 28, 2024**.

**SIGNED** on May 13, 2024.

SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE