# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| JERRY PIERCE and JANET PIERCE, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> *vs.* <br><br> REAL TIME RESOLUTIONS, INC.; RESOLUTION CAPITAL L.P.; MACKIE WOLF ZIENTZ & MANN, P.C.; and DOES 1-25, <br><br> Defendants. | § § § § § § § § § § § § § | Civil Action No. 1:23-cv-01431-DAE |

## STIPULATION OF DISMISSAL WITH PREJUDICE

PLEASE TAKE NOTICE that Plaintiffs, Jerry Pierce and Janet Pierce, and Defendants, Real Time Resolutions, Inc. and Resolution Capital, L.P., hereby stipulate under Fed. R. Civ. P. 41(a)(1)(A)(ii) to dismiss this action in its entirety, with prejudice as to Plaintiffs and without prejudice as to the rights of putative class members, and without further costs or disbursements by or against any party. Each party is to bear its own costs, fees, and expenses

IT IS SO STIPULATED AND AGREED by all appearing parties on May 19, 2026.

| | |
|---|---|
| s/ Tricia R. DeLeon | s/ Andrew T. Thomasson |
| Tricia R. DeLeon | Andrew T. Thomasson (NJ No. 048362011) |
| Texas Bar No. 24005885 | THOMASSON PLLC |
| tricia.deleon@hklaw.com | 16414 San Pedro Avenue, Suite 700 |
| Holland & Knight LLP | San Antonio, TX 78232-2272 |
| One Arts Plaza | Telephone: (973) 559-5779 |
| 1722 Routh Street, Suite 1500 | Andrew@Thomassonpllc.com |
| Dallas, TX  75201 | |
| Telephone:  (214) 964-9500 | *One of the Attorneys for Plaintiffs,* |
| Facsimile:  (214) 964-9501 | *Jerry Pierce and Janet Pierce* |

*Attorneys for Defendants, Real Time Resolutions, Inc. and Resolution Capital, L.P.*

## <u>CERTIFICATE OF SERVICE</u>

I, Andrew T. Thomasson, certify that on May 19, 2026, I served a copy of the foregoing on counsel of record for all Parties by filing it with the Court's CM/ECF System in accordance with Fed. R. Civ. P. 5(b)(2)(E).

*s/ Andrew T. Thomasson*
ANDREW T. THOMASSON
